🖺 ORIGINAL

**FILED**

03/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0516



**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**THE OFFICE OF THE CLERK OF SUPREME COURT**
**HELENA, MONTANA 59620-3003**

Supreme Court No.
DA 21-0516

THERMAL DESIGN, INC., a Nebraska Corporation,

     Plaintiff and Appellee,

  v.

MARK DUFFY, an individual; PAM DUFFY, an individual;
CENTRL COPTERS, INC., a Montana corporation,

     Defendants and Appellants,

STEVE THORSON, an individual, d/b/a TNT Building
Systems, a general partnership; TRAVIS THORSON,
an individual, d/b/a TNT Building Systems, a
general partnership; STEEL CONCEPTS, LLC, an
Idaho limited liability company; and STEVE
LARSON,
an individual,

     Defendants.

_____

MARK and PAM DUFFY, a married couple and
CENTRAL COPTERS, INC.,

     Counterclaim Plaintiffs,

  v.

FILED

MAR 3 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**GRANT OF EXTENSION**

THERMAL DESIGN, INC., a Nebraska corporation,

        Counterclaim Defendants.

---

MARK and PAM DUFFY, a married couple, and
CENTRAL COPTERS, INC.,

        Crossclaim Plaintiffs,

     v.

STEVE THORSON, an individual, d/b/a TNT
Building
Systems, a general partnership; TRAVIS THORSON,
an individual, d/b/a TNT Building Systems, a general
partnership,

        Crossclaim Defendants.

     Pursuant to authority granted under M. R. App.P. 26(1), Appellee, Steve Thorson is given an extension of time until May 2, 2022, to prepare, file, and serve his Appellee's brief.

DATED this March 30, 2022

                                     Bowen Greenwood
                                     Clerk of the Supreme Court

c:     Steven Thorson, Travis Thorson, Kellie Gaston Sironi, Michael Manning